UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HIFIS EDGARDO CABALLERO-
MURILLO,

      Petitioner,

    v.                                                                   Case No. 2:26-cv-45-KCD-DNF

IMMIGRATION AND CUSTOMS
ENFORCEMENT,  SECRETARY,
U.S. DEPARTMENT OF
HOMELAND SECURITY,  U.S.
ATTORNEY GENERAL, WARDEN
MATTHEW MORDANT, WARDEN
OF SOUTH FLORIDA
DETENTION CENTER;

      Respondents,

_____/

## **ORDER**

Petitioner Hifis Edgardo Caballero-Murillo has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims, among other things, that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 12.) The Government opposes relief. (Docs. 8, 11, 23.) The habeas petition is **GRANTED** as set forth below.

Because the Government cannot show any real prospect of deportation despite holding Petitioner for over six months (Doc. 23), the Court finds no significant likelihood that he will be removed in the reasonably foreseeable

future. He is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional conditions that may be imposed. To the extent Petitioner raised any other claims, they are denied because he is being released. He is entitled to no other further relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Hifis Edgardo Caballero-Murillo from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Petitioner must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ENTERED** in Fort Myers, Florida on July 13, 2026.

Kyle C. Dudek
United States District Judge

2